**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No. 02 CV 35 (DSD/JMM)

Marlene Travis and Gary T. McIlroy, M.D. individually,

Plaintiffs,

vs.

Kurron Shares of America, Inc., Corbett Price, individually, Steven Volla, individually, and Leland LeBlanc, individually

Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

---

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendants Kurron Shares of America, Inc., Corbett Price and Steven Volla were served with the Summons and Complaint on December 20, 2001;

2. Defendant Leland LeBlanc was served with the Summons and Complaint on December 7, 2001; and

3. Defendants shall have an extension until January 21, 2002 in which to answer or otherwise respond to the Complaint.

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: January 16, 2002.

BRIGGS AND MORGAN

Richard G. Mark (#67581)
Timothy G. Gelinske (#267764)
2400 IDS Center
Minneapolis, MN 55402
(612) 334-8400

**Attorneys for Defendants Kurron Shares of America, Inc., Corbett Price and Steven Volla**

Dated: 1/16, 2002

OPPENHEIMER, WOLFF & DONNELLY LLP

Jeffrey J Bouslog (#174671)
3300 Plaza Building
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000

**Attorneys for Defendant Leland LeBlanc**

Dated: January 15, 2002.

JOHNSON LAW GROUP LLP

Todd M. Johnson (#52061)
Scott A. Johnson (#124606)
10801 Wayzata Boulevard, Suite 120
Minnetonka, MN 55305
(9520 525-1224

**Attorneys for Plaintiffs**

**ORDER**

Pursuant to the foregoing Stipulation, Defendants Kurron Shares of America, Inc., Corbett Price, Steven Volla and Leland LeBlanc shall have until January 21, 2002 in which to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

BY THE COURT:

John M. Mason
Magistrate Judge

Dated: 1/17, 2002.