UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-35(DSD/JMM)

Marlene Travis and
Gary T. McIlroy, M.D.,

Plaintiffs,

v. **ORDER**

Kurron Shares of America, Inc.,
Corbett Price, individually,
Steven Volla, individually, and
Leland LeBlanc, individually,

Defendants.

This matter is before the court upon plaintiffs' request for leave to file a motion to reconsider the court's June 14, 2002, order denying plaintiffs' motion to remand. Pursuant to Local Rule 7.1(g), motions to reconsider are prohibited except by express permission of the court, which will be granted only upon a showing of "compelling circumstances." Local Rule 7.1(g). After reviewing the file, the record and the cases cited by plaintiffs, the court concludes that no compelling circumstances exist that would justify reconsideration of this matter. See Local Rule 7.1(g). Accordingly, **IT IS HEREBY ORDERED** that plaintiffs' request for leave to file a motion to reconsider this court's June 14, 2002, order is denied.

Dated: August 21, 2002

David S. Doty, Judge
United States District Court

FILED 8-22-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______