**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| MARLENE TRAVIS AND GARY T. MCILROY, M.D., INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>KURRON SHARES OF AMERICA, INC., CORBETT PRICE, INDIVIDUALLY, STEVEN VOLLA, INDIVIDUALLY, AND LELAND LEBLANC, INDIVIDUALLY,<br><br>Defendants. | **Civil File No. 02-35 (DSD/SRN)**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, the Plaintiff hereby agrees to voluntarily dismiss any and all claims against Leland LeBlanc with prejudice. Both sides agree to pay their own costs and fees with respect to this matter.

Dated: September 19, 2002

**OPPENHEIMER WOLFF & DONNELLY LLP**

By________________________
Jeffrey J. Bouslog (#174671)
Kari L. Wraspir (#28029X)
Plaza VII Building, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANT LELAND LEBLANC**

FILED 9-25-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: September 19, 2002

**JOHNSON LAW GROUP**

By______________________________________
Scott A. Johnson, Esq.
10801 Wayzata Blvd., Suite 120
Minnetonka, MN 55305

**ATTORNEYS FOR PLAINTIFFS** MARLENE TRAVIS AND GARY T. MCILROY, M.D., INDIVIDUALLY

**IT IS SO ORDERED.**

______________________________________

The Honorable David S. Doty