UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**MARLENE TRAVIS and GARY T. MCILROY, M.D.,**

**Plaintiffs,**

**v.**

**KURRON SHARES OF AMERICA, INC., CORBETT PRICE, INDIVIDUALLY, STEVEN VOLLA, INDIVIDUALLY, and LELAND LEBLANC,**

**Defendants.**

**CIVIL NO. 02-35 (DSD/SRN)**

**ORDER FOR PRODUCTION OF DOCUMENTS AND FOR CONTEMPT SANCTIONS**

At St. Paul in said District this 23rd day of September, 2002, this matter came before the Court upon plaintiffs' Motion to Compel compliance with Court ordered subpoenas of third party witness Dawna Bowman and Timothy Moratzka, bankruptcy trustee for the bankruptcy estate of Health Risk Management, Inc. [Docket No. 40-1]. The appearances were as noted in the record.

At the hearing, plaintiffs withdrew their motion for sanctions [Docket No. 40-2] which was previously filed together with the Motion to Compel.

The Court, having reviewed the motions papers, heard the argument of counsel and being satisfied that the motion to compel production of the records requested by plaintiffs is merited,

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Compel production of documents from Dawna Bowman pursuant to Rule 45 of the Federal Rules of Civil Procedure [Docket No. 40-1] is denied as moot. Dawna Bowman has produced the three spiral notebooks which comprise the subject of plaintiffs' motion.

SEP 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiffs' motion with respect to the corporate records at the bankruptcy trustee's repository warehouse in New Brighton, Minnesota is hereby granted. Timothy Moratzka, bankruptcy trustee, shall make the corporate records of Health Risk Management, Inc. available to both plaintiffs' and defendants' counsel no later than forty-five (45) days following the entry of this Order.

3. Plaintiffs' Motion for Contempt Sanctions is withdrawn [Docket No. 40–2].

Dated: September 24, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge