**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**MARLENE TRAVIS and**
**GARY T. MCILROY, M.D.,**

**Plaintiffs,**

v.

**KURRON SHARES OF AMERICA, INC.,**
**CORBETT PRICE, INDIVIDUALLY,**
**STEVEN VOLLA, INDIVIDUALLY,**
**and LELAND LEBLANC,**

**Defendants.**

**CIVIL NO. 02-35 (DSD/SRN)**

**ORDER FOR PRODUCTION**
**OF DOCUMENTS**
**AND SANCTIONS**

At St. Paul in said District this 20th day of November, 2002, this matter came before the Court upon Plaintiffs' Motion for Sanctions (Doc. No. 55-1) and to Compel Documents of Ernst & Young (Docket No. 55-2). The appearances were as noted in the record.

Having reviewed the motions papers, heard the argument of counsel, and being satisfied that the motion to compel production of the records requested by plaintiffs is merited,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to Compel (Doc. No. 55-2) is **GRANTED** under the following provisions: Within ten days, Ernst & Young will produce: (1) the final audit of Health Risk Management, Inc.; (2) all correspondence between Ernst & Young and the individuals and entities named in paragraphs 2-5 of the subpoena served on Ernst & Young; and (3) Ernst & Young's billing records from the audit, without the underlying time sheets. All of these documents will be produced subject to the Protective Order currently in place in the present case. Plaintiffs will bear all out-of-pocket costs Ernst & Young incurs in producing these documents, and Ernst & Young will bear its own attorneys' fees.

NOV 20 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

2. Plaintiffs and Ernst & Young are instructed to meet and confer to discuss any objections Plaintiffs may have to Ernst & Young's privilege log.

3. Plaintiffs' motion for sanctions (Doc. No. 55-1) is **DENIED**.

Dated: November 20, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge