**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Marlene Travis and Gary T. McIlroy individually,**

**Plaintiffs,**

v.

**Kurron Shares of America, Inc., Corbett Price, individually, Steven Volla, individually, and Leland LeBlanc, individually**

**Defendants.**

**Civil No. 02-35 DSD/SRN**

**ORDER**

---

Scott A. Johnson, Esq., on behalf of Plaintiffs.

Timothy G. Gelinske, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on April 9, 2003, on Defendants' Motion to Compel Second Deposition and Production of Documents (Doc. No. 62) and Plaintiffs' Motion to Quash Subpoena (Doc. No. 65).

The Court ruled from the bench and this Order serves to memorialize those rulings. Defendants are permitted to depose Judith St. John for one additional hour. This deposition will be limited to questions concerning her handwritten notes which Defendants' attorney had not yet been provided with at the time of her initial deposition. In addition, no questioning will be permitted concerning events postdating the filing of the Complaint. Finally, the deposition should be taken within two weeks of this Order.

FILED APR 1 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Plaintiffs' attorney is instructed to review all of Ms. St. John's handwritten notes and separate out those notes which concern events that predated the filing of the Complaint. Those notes will then be provided to the Court for an in camera review to determine whether they are privileged, or, instead, should be disclosed to Defendants.

**THEREFORE, IT IS HEREBY ORDERED that:**

(1) Defendants' Motion to Compel Second Deposition and Production of Documents (Doc. No. 62) is **GRANTED IN PART AND DENIED IN PART**;

(2) Plaintiffs' Motion to Quash Subpoena (Doc. No. 65) is **GRANTED IN PART AND DENIED IN PART**.

Dated: April ~~13~~ 9, 2003

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge