UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-35(DSD/SRN)

Marlene Travis and
Gary T. McIlroy, M.D.,

Plaintiffs,

v.

**ORDER**

Kurron Shares of America,
Inc., Corbett Price and
Steven Volla,

Defendants.

Todd M. Johnson, Esq., Scott A. Johnson, Esq. and Johnson Law Group, 10801 Wayzata Boulevard, Suite 120, Minnetonka, MN 55305, counsel for plaintiffs.

Richard G. Mark, Esq., Timothy G. Gelinske, Esq., Steven P. LaPierre, Esq. and Briggs & Morgan, 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for defendants.

This matter is before the court upon defendants' request for leave to file a motion to reconsider the court's July 21, 2003, order denying defendants' motion for summary judgment on plaintiffs' tortious interference and conspiracy claims. This matter is also before the court upon plaintiffs' request for leave to file a motion to reconsider that same court order denying plaintiffs' motion for summary judgment. Pursuant to Local Rule 7.1(g), motions to reconsider are prohibited except by express permission of the court, which will be granted only upon a showing

FILED 7-28-03
Richard D Sletten, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

of "compelling circumstances." Local Rule 7.1(g). After reviewing the file, the record and the cases cited, the court concludes that no compelling circumstances exist that would justify reconsideration of either parties' motions. See Local Rule 7.1(g). Accordingly, **IT IS HEREBY ORDERED** that both parties' requests for leave to file a motion to reconsider are denied.

Dated: July 28, 2003

David S. Doty, Judge
United States District Court