UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-35(DSD/SRN)

Marlene Travis, et al.

Plaintiffs,

v. **ORDER**

Kurron Shares of America, Inc., et al.,

Defendants.

**IT IS HEREBY ORDERED** that the trial in this matter on the notice of assignment of cases for trial dated September 11, 2003, set for the week of November 10, 2003, is continued to December 8, 2003, at 9:00 a.m., before the undersigned in Courtroom 14 West, 300 South Fourth Street, Minneapolis, Minnesota. Voir dire and jury instructions shall be due on or before November 28, 2003.

Dated: September 16, 2003

David S. Doty, Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials